UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 2:14 CR 60 |
| | ) |
| NYEGA SHAQOI HOST. | ) |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 47), to which the parties have waived any objections (*id.* at 3), the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant Nyega Shaqoi Host is **ADJUDGED** to have committed each of the violations of his supervised release as described in the August 16, 2016 Petition. (DE # 31.) Defendant's term of supervised release is **REVOKED** and he is hereby committed to the United States Bureau of Prisons to serve 5 months of additional imprisonment. Upon his release from the Bureau of Prisons, defendant shall be discharged from any further term of supervision.

Additionally, defendant has filed a motion regarding credit for time already served. (DE # 45.) The motion is **GRANTED in part** to the extent it requests a recommendation that defendant receive credit for time served. The motion is otherwise **DENIED**. Accordingly, the court recommends to the Bureau of Prisons that defendant be granted credit for time served on this supervised release revocation matter.

**SO ORDERED.**

Date: February 2, 2017

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT